**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **DGG GROUP, LLC,** § | | |
| *Plaintiff* § | | |
| **v.** § | | |
| § | | |
| **LOCKHART FINE FOODS, LLC,** § | **CIVIL NO. A-20-CV-330-RP** | |
| *Defendant* § | | |

## O R D E R

Before the Court is Defendant's Motion for Protective Order and to Quash Third-Party Subpoena (Dkt. No. 27), filed on April 27, 2020. On April 28, 2020, the District Court referred the Motion to the undersigned Magistrate Judge for resolution pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

The parties have notified the Court that the Motion is now moot. Accordingly, the Court **HEREBY DISMISSES** as **MOOT** Defendant's Motion for Protective Order and to Quash Third-Party Subpoena (Dkt. No. 27).

**SIGNED** on May 6, 2020.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE