# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| DGG Group, LLC | § | |
| | § | CIVIL NO: |
| vs. | § | AU:20-CV-00330-RP |
| | § | |
| Lockhart Fine Foods, LLC, Sinbad Foods, LLC | § | |

## ORDER SETTING STATUS CONFERENCE

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **STATUS CONFERENCE** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Tuesday, November 23, 2021 at 10:00 AM**. All parties and counsel must appear at this hearing.

    IT IS SO ORDERED this 18th day of November, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE