**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| _____ | ) | |
| **DGG GROUP, LLC** | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 1:20-cv-00330-RP** |
| | ) | |
| | ) | |
| **LOCKHART FINE FOODS, LLC,** | ) | |
| **and SINBAD FOODS, LLC,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |
| _____ | ) | |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Plaintiff DGG Group, LLC and Defendants Lockhart Fine Foods, LLC and Sinbad Foods, LLC (collectively hereinafter "*Parties*") and file this Agreed Motion to Dismiss with Prejudice in the above-numbered and styled cause, and would respectfully show the Court the following:

Plaintiff and Defendants no longer desire to prosecute their claims. The Parties now ask that the Court dismiss all claims that the Parties asserted or could have asserted against each other with prejudice to the re-filing of the same.

**WHEREFORE, PREMISES CONSIDERED**, the Parties respectfully request that the Court enter the Order Granting Agreed Motion to Dismiss with Prejudice, and order that all taxable costs, expenses, and attorney's fees be borne by the party incurring the same.

**PAGE 1**

Respectfully submitted,

CAGLE PUGH

/s/ Adam Pugh
Adam Pugh
State Bar No.24044341
Kevin Slater
State Bar No. 24094950
4301 Westbank Dr., Bldg. A, Ste. 150
Austin, Texas 78746
Tel.: (737) 261-0600
Fax: (737) 261-0637
Adam.Pugh@caglepugh.com
Kevin.Slater@caglepugh.com
**ATTORNEYS FOR PLAINTIFF**

AND

WITTLIFF CUTTER, PLLC

/s/ Katherine P. Chiarello (by permission)
Katherine P. Chiarello
Texas Bar No. 24006994
katherine@wittliffcutter.com
John D. Saba, Jr.
Texas Bar No. 24037415
john@wittliffcutter.com
1209 Nueces St.
Austin, TX  78701
Telephone (512) 960-4438
Telecopier: (512) 960-4869
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, a true and correct copy of the foregoing was served via the Court's electronic filing service on all counsel of record.

/s/ Adam Pugh
Adam Pugh