UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DGG GROUP, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:20-CV-330-RP |
| LOCKHART FINE FOODS, LLC, et al., | § § § | |
| Defendants. | § § | |

### ORDER

On November 24, 2021, the parties filed an agreed motion to dismiss stating that they no longer wish to pursue their claims and seek to dismiss all claims between them with prejudice. (Dkt. 67). The Court construes the parties' motion as a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on December 3, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE